1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Ste. 112
Fresno, California 93720
3 Telephone: (559) 449-9069
Facsimile: (559) 449-9016
4

5 Attorney for Defendant, SERGIO TORRES-GONZALEZ

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    )    CASE NO. 1:10-cr-00225-OWW
                                )
11            Plaintiff,         )    STIPULATION TO CONTINUE
                                )    STATUS CONFERENCE HEARING;
12 vs.                           )    ORDER
                                )
13 SERGIO TORRES-GONZALEZ,      )    Date:    July 18, 2011
                                )    Time:    9:00 AM
14            Defendant.         )    Judge:   Hon. Oliver W. Wanger
                                )
15 _____)

16     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

17 respective attorneys of record herein, that the status conference hearing in the above captioned

18 matter now set for June 20, 2011 **may be continued to July 18, 2011 at 9:00 A.M.**

19     The Defendant was transferred to Lerdo. Defense counsel is scheduled to meet with the

20 Defendant on June 16, 2011, to complete the presentence report worksheet and sign the plea

21 agreement. This is the earliest date that the Defendant could be transferred by bus back to Fresno

22 for this meeting. In order to allow probation sufficient time to complete the presentence report,

23 we would like to request a brief continuance. The requested continuance will provide continuity

24 of counsel, will serve the ends of justice and result in economic use of time and resources and

25 will conserve time and resources for all parties and the court. Assistant United States Attorney

26 Ian Garriques has no objection to this request.

27 ///

28 ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the
2  interests of justice, including but not limited to, the need for the period of time set forth herein
3  for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

5  Dated: June 6, 2011                /s/ Carol Ann Moses
                                      CAROL ANN MOSES
6                                      Attorney for Defendant
                                       SERGIO TORRES-GONZALEZ

8                                      BENJAMIN B. WAGNER
                                       United States Attorney

10 Dated: June 6 2011                 /s/ Ian Garriques
                                      IAN GARRIQUES
11                                     Assistant United States Attorney
                                       Attorney for Plaintiff

14                                   **ORDER**

15  **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.
§ 3161(h)(A) and (B).

25        IT IS SO ORDERED.

26  **Dated:   June 6, 2011**                  /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE